IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:20CR143 |
| | ) | |
| vs. | ) | |
| | ) | |
| BRANDON MORRISON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's unopposed Motion to Continue Trial [34]. A hearing by telephone conference with counsel for the parties was held on September 17, 2021, before the undersigned magistrate judge. The parties assured the court that additional time is indeed required to complete plea negotiations and finalize plea paperwork. For good cause shown,

**IT IS ORDERED** that the unopposed Motion to Continue Trial [34] is granted, as follows:

1. The jury trial, now set for October 5, 2021, is continued to **November 16, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 16, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without counsel for the parties requesting a hearing before the undersigned magistrate judge.**

DATED: September 17, 2021

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge